**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Frankie Lee MORRISON, Defendant–Appellant.**

No. 08–12728
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 24, 2009.

Frankie Lee Morrison, Jesup, GA, pro se.

Terry Flynn, E. Bryan Wilson, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Frankie Lee Morrison in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Morrison's conviction and sentence are **AFFIRMED.**